1   A. Luis Lucero, Jr.  Regional Attorney
    John F. Stanley, Acting Supervisory Trial Attorney
2   Wesley Katahira,  Senior Trial Attorney
    Equal Employment Opportunity Commission
3   909 First Avenue, Suite 400
    Seattle, Washington  98104
4   Telephone:  (206) 220-6918

5   Attorneys for Plaintiff

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 13  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL NO. |
| 14 | ) | |
| 15          Plaintiff, | ) ) | COMPLAINT |
| 16          v. | ) ) | |
| 17  STATEWIDE INC., | ) ) | |
| 18          Defendant. | ) ) ) | |

19

20                    NATURE OF THE ACTION

21          This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII") to correct

22   unlawful employment practices on the basis of national origin and to provide appropriate

23   injunctive relief as a result of defendant's discrimination against Laura Guzman who was

24   adversely affected by such practices.  The Commission alleges that Ms. Guzman was

25   denied employment in a data entry and/or appointment setter position on the basis of her

26   Hispanic national origin in violation of Title VII.  Plaintiff seeks only injunctive relief.

27

28

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TTY (206) 220-6882

COMPLAINT - PAGE 1

<u>JURISDICTION AND VENUE</u>

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.    The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of  Washington.

<u>PARTIES</u>

3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.    At all relevant times, Defendant Statewide, Inc. ("Statewide") has continuously been a corporation doing business in the State of Washington and has continuously had at least 15 employees.

5.    At all relevant times, Defendant Statewide has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections and Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

<u>STATEMENT OF CLAIMS</u>

6.    More than thirty days prior to the institution of this lawsuit, Ms. Guzman filed a charge with the Equal Employment Opportunity Commission alleging violations of Title VII by Defendant Statewide.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.    From at least August, 2004, Defendant Statewide engaged in unlawful employment practices at its Lynnwood, Washington facility in violation of § 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a).  These practices included denying Ms. Guzman employment

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TTY (206) 220-6882

COMPLAINT - PAGE 2

1    for positions for which she was qualified.

2        8.    The effect of the practices complained of in paragraph 7 above has been to

3    deprive Ms. Guzman of equal employment opportunities and otherwise adversely affect her

4    status as an applicant for employment of Statewide because of national origin.

5        9.    The unlawful employment practices complained of in paragraph 7 above were

6    intentional.

7                            PRAYER FOR RELIEF

8        Wherefore, the Commission respectfully requests that this Court:

9        A.    Grant a permanent injunction enjoining defendant, its officers, successors,

10    agents, assigns, and all persons in active concert or participation with it, from engaging in

11    any other employment practice which discriminates on the basis of national origin.

12        B.    Order defendant to institute and carry out policies, practices, and programs

13    which provide equal employment opportunities for all employees, and which eradicate the

14    effects of its past and present unlawful employment practices.

15        C.    Grant such further relief as the Court deems necessary and proper in the

16    public interest.

17        D.    Award the Commission its costs of this action.

18

19

20

21

22

23

24

25

26

27

28

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TTY (206) 220-6882

COMPLAINT - PAGE 3

1    DATED this   23rd    day of   September   , 2005.

2    A. LUIS LUCERO, JR.                         JAMES L. LEE
     Regional Attorney                           Deputy General Counsel
3
     JOHN F. STANLEY                             GWENDOLYN YOUNG REAMS
4    Acting Supervisory Trial Attorney           Associate General Counsel

5    KATHRYN OLSON
     Supervisory Trial Attorney
6
     WESLEY KATAHIRA
7    Senior Trial Attorney

8
     BY: /s/ Kathryn Olson
9

10   E Q U A L    E M P L O Y M E N T
     OPPORTUNITY  COMMISSION
11   Seattle District Office                     Office of the General Counsel
     909 First Avenue, Suite 400                 1801 "L" Street NW
12   Seattle, Washington 98104                   Washington, D.C. 20507
     Telephone (206) 220-6918
13

14                         Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
28                                                      Seattle District Office
                                                      909 First Avenue, Suite 400
                                                   Seattle, Washington  98104-1061
                                                       Telephone: (206) 220-6883
     COMPLAINT - PAGE 4                                Facsimile: (206) 220-6911
                                                          TTY (206) 220-6882