Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

STATEWIDE, INC.,

    Defendant.

Cause No.: CV05-01627JLR

**ORDER GRANTING STATEWIDE AN EXTENSION OF TIME TO FILE ANSWER**

## ORDER

Based upon the foregoing stipulation of the parties (Dkt. # 6), it is hereby **ORDERED** that the attached Stipulation for Extension of Time for Statewide to File an Answer is hereby **GRANTED**. Defendant Statewide has until Monday, November 7, 2005, to file its answer.

DATED this 25th day of October, 2005.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING STATEWIDE AN EXTENSION
OF TIME TO FILE ANSWER - 1
CV-05-01627JLR

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Presented by:

JACKSON LEWIS LLP

By /s/ Laurene E. Somerville
Barry Alan Johnsrud, WSBA #21952
E-mail: johnsrudb@jacksonlewis.com
Laurene E. Somerville, WSBA #26345
E-mail: somervillel@jacksonlewis.com
Jackson Lewis LLP
600 University Street, Suite 2900
Seattle, WA  98101
Telephone:  (206) 405-0404
Fax:  (206) 405-4450
Attorneys for Defendant Statewide, Inc.


Approved as to form; Notice of presentation waived:

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


By: /s/ per electronic approval of Wes Katahira
on 10/24/05 by Laurene E. Somerville

| | |
|---|---|
| A. LUIS LUCERO, JR. | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| | |
| JOHN F. STANLEY | GWENDOLYN YOUNG REAMS |
| Acting Supervisory Trial Attorney | Associate General Counsel |
| WSBA #15418 | |

WESLEY KATAHIRA
Senior Trial Attorney
ISBA # 6188026

| | |
|---|---|
| Seattle District Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 1801 "L" Street, N.W. |
| Seattle, Washington  98104 | Washington, D.C.  20507 |
| Telephone (206) 220-6918 | |
| E-mail: Wesley.Katahira@EEOC.gov | |
| Attorney for Plaintiff | |
| Equal Employment Opportunity Commission | |

[PROPOSED] ORDER GRANTING STATEWIDE AN EXTENSION
OF TIME TO FILE ANSWER - 2
CV-05-01627JLR

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404