Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATEWIDE, INC.,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO. CV05-01627JLR<br><br>**ORDER APPROVING CONSENT DECREE** |

　　　This matter comes before this Court on the stipulated Consent Decree of the parties to this action. The Court has considered this Consent Decree and the files and records herein. The Court should grant the Consent Decree.

　　　Accordingly, it is hereby ORDERED that the Consent Decree is approved as the final decree of this Court in full and final settlement of this action. This lawsuit is hereby dismissed with prejudice and without attorneys' fees and costs to any party. This Court shall retain jurisdiction over this matter for purposes of enforcing the Consent Decree approved herein for the duration of the Consent Decree.

**[PROPOSED] ORDER APPROVING CONSENT DECREE-** Page 1 of 3
**CV05-01627JLR**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

DATED this 9th day of November, 2005.

                                            s/James L. Robart
                                            _____
                                            JAMES L. ROBART
                                            UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| A. LUIS LUCERO, JR. | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| | |
| JOHN F. STANLEY | GWENDOLYN Y. REAMS |
| Acting Supervisory Trial Attorney | Associate General Counsel |
| WSBA #15418 | |

WESLEY KATAHIRA
Senior Trial Attorney
ISBA #6188026

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |
| Seattle District Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 1801 "L" Street NW |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Telephone (206) 220-6918 | |
| E-mail: Wesley.Katahira@EEOC.gov | |

BY: /s/ A. Luis Lucero Jr.
     Attorneys for the Plaintiff
     Equal Employment Opportunity Commission

Notice of Presentation Waived:
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Telephone (206) 405-0404
E-mail: somervillel@jacksonlewis.com
       johnsrudb@jacksonlewis.com

[PROPOSED] ORDER APPROVING CONSENT DECREE- Page 2 of 3
CV05-01627JLR

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

BY: <u>/s/ per telephonic authority of</u>
     <u>Laurene Sommerville on 11/8/05</u>
     Barry Alan Johnsrud, WSBA #21952
     Laurene Somerville, WSBA #26345
     Attorneys for Defendant

**[PROPOSED] ORDER APPROVING CONSENT DECREE-** Page 3 of 3
**CV05-01627JLR**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882